**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HARP, a California resident; LEADING EDGE TRUCKING, INC., a California Corporation; CHRIS WEEMS, a California resident; and RONALD WEEMS, a California resident,<br><br>Plaintiffs,<br>v.<br>CONVERIUM INSURANCE INC., a Nebraska Corporation; FINIAL REINSURANCE COMPANY, a Connecticut Corporation; and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 5:12-cv-00760-ODW(DTBx)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [10]** |

On March 27, 2012, Plaintiffs Douglas Harp; Leading Edge Trucking, Inc.; Chris Weems; and Ronald Weems filed a Complaint alleging claims for breach of the implied covenant of good faith and fair dealing, breach of contract, and declaratory relief against Defendants Converium Insurance Inc. and Finial Reinsurance Co. in Los Angeles Superior Court for the County of Riverside. (*See* ECF No. 1.) On May 10, 2012, Defendant removed the action to this Court. (*Id.*)

On May 17, 2012, Finial filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 10.) Thereafter, on May 25, 2012, Plaintiff filed a First Amended Complaint as a matter of course in compliance with Federal Rule of Civil Procedure 15(a)(1)(B).

(ECF. No. 14.) Consequently, the Court **DENIES** Defendant's Motion to Dismiss as moot. The June 18, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

**IT IS SO ORDERED.**

May 29, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**