**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HARP and LEADING EDGE TRUCKING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONVERIUM INSURANCE (NORTH AMERICA) INC. later known as FINIAL INSURANCE COMPANY now known as ALLIED WORLD REINSURANCE COMPANY and DOES 2–100, inclusive, <br><br> Defendants. | Case No. 5:12-cv-00760-ODW(DTBx) <br><br> **JUDGMENT** |

In accordance with the Court's findings of fact and conclusions of law contained in its January 22, 2013 Order Granting Summary Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiffs Douglas Harp and Leading Edge Trucking, Inc. take nothing;

2. Judgment for Defendant Converium (North America) Inc.;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 22, 2013

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**